ROCHELLE D. ALPERT, State Bar No. 065037
LEIGHA E. WILBUR, State Bar No. 251795
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: ralpert@morganlewis.com
          lwilbur@morganlewis.com

ANDREW J. GRAY IV, State Bar No. 202137
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: agray@morganlewis.com

Attorneys for Plaintiffs
CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DIGITAL GADGETS LLC, a New York limited liability company, and Does 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 10-CV-2053-SBA<br><br>**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS AND [PROPOSED] ORDER** |

DB2/21959846.1

STIPULATED REQUEST FOR DISMISSAL AND
[PROPOSED] ORDER
CASE NO. 10-CV-2053-SBA

Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. and Defendant Digital Gadgets LLC (collectively "the Parties") have entered into an agreement to resolve the claims and counterclaims asserted in this action (hereinafter the "Settlement Agreement").

Pursuant to the Settlement Agreement, the Parties hereby respectfully request dismissal without prejudice of the above-captioned action and all claims and counterclaims alleged therein.

Dated: October 8, 2010

**MORGAN, LEWIS & BOCKIUS LLP**
ROCHELLE D. ALPERT
ANDREW J. GRAY IV
LEIGHA E. WILBUR

By    /s/ Rochelle D. Alpert
   Attorneys for Plaintiffs
   Cisco Systems, Inc. and Cisco Technology. Inc.

Dated: October 8, 2010

**KAPLAN, MASSAMILLO & ANDREWS, LLC**
NAME

By    /s/ Thomas Carulli
   Attorneys for Defendant
   Digital Gadgets LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __OCTOBER 12__, 2010

                                 SAUNDRA B. ARMSTRONG
                                 United States District Judge